```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

                Plaintiff,

-against-

RENE RUIZ WHOLESALE, INC.,

                Defendant.

25 Civ. 263 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated January 15, 2025, the Court directed the parties to file a joint letter and proposed case management plan by May 15, 2025. ECF No. 7. Those submissions are now overdue. Accordingly, by **May 30, 2025**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: May 19, 2025
       New York, New York

                                            _____
                                            ANALISA TORRES
                                            United States District Judge